**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 422 MAL 2014
: 
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. : 
: 
: 
: 
GARY BLANK, : 
: 
            Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of October, 2014, the Petition for Leave of Court to Amend the Petition for Allowance of Appeal and the Petition for Allowance of Appeal are **DENIED**.